McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:92-cr-5028 OWW |
| | ) | (Originally Cr-F-92-5028 REC) |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION FOR |
| v. | ) | DISMISSAL OF INDICTMENT, AND |
| | ) | ORDER THEREON. |
| SALVADOR DUARTE, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Indictment against only the above-named defendant. The above-named defendant has been a fugitive since August 31, 1992, and is believed by the U.S. Marshals Service to be at an unknown location in Mexico. The U.S. Marshals Service contacted the U.S. Attorney's Office and requested the filing of this motion. The U.S. Marshals Service also requests that the warrant for failure to appear in this case be recalled.

///

///

1

```
DATED: January 8, 2008                    Respectfully submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

                                          By/s/Dawrence W. Rice, Jr.
                                            DAWRENCE W. RICE, JR.
                                          Assistant U.S. Attorney
```

**ORDER**

IT IS ORDERED that the Indictment in 1:92-cr-5028 OWW against only the above-named defendant is dismissed in the interest of justice and that the warrant for failure to appear in this case is recalled.

IT IS SO ORDERED.

**Dated:   January 9, 2008**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

2